## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR189 |
| vs. | ) | ORDER |
| ABDIAZIZ YOSUF MOHAMED, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Abdiaziz Yosuf Mohamed to continue trial (Filing No. 18). Upon consideration, the motion to continue is denied.

**IT IS SO ORDERED.**

DATED this 27th day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge